Kenneth E. Keller (SBN 71450)
Christopher T. Holland (SBN 164053)
Ingrid Leverett (SBN 148813)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

**FILED** J. V.

NOV 2 0 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | Case No.: C-01-20813-RMW (E-File) <br><br> [PROPOSED] ORDER SETTING FORTH PROTOCOL FOR PRODUCTION AND EXAMINATION OF THE PARTIES' RESPECTIVE SOURCE CODES |

-1-

WHEREAS on November 15, 2002 the Court conducted a Case Management Conference with the parties, at which the parties presented arguments concerning the method by which to exchange and review source code that is the subject of this action,

IT IS HEREBY ORDERED as follows:

1. Adobe and Brookhaven will simultaneously produce and exchange, by registered mail, three copies of the source code that is the subject of this action ("Source Code") for the purpose of permitting its examination by the experts retained and disclosed by their opponent in this action ("Review"), specifically, the source code underlying Adobe's InDesign 1.0, InDesign1.5, and InDesign 2.0 software, and the source code underlying Brookhaven's K-2 software.

2. Copies of Source Code prepared by Brookhaven for Review by Adobe's experts shall be for MacIntosh in version C. Copies of Source Code prepared by Adobe for Review by experts for Brookhaven shall be for Windows in version C++. Each side shall produce copies of each Source Code on three compact discs for use in the Review. Copies of Source Code must be in a complete and compilable state. "Complete and compilable state" means that each party shall be able to compile the Source Code and that the Source Code includes any and all necessary libraries, resource files, project files, or other files.

RMW 3. ~~[By Adobe]~~: Adobe will conduct a diligent search for any printout or other result of a previous source code search performed by Adobe on developmental versions of InDesign, as described in a December 19, 2000 letter from Adobe attorney Ian Feinberg of Gray Cary to Dirk M. Schenkkan. If any evidence of such a search exists, Adobe will produce a copy of it (with the exception of developmental source code itself) to Brookhaven subject to the terms of the Protective Order filed in this action. Adobe will re~~port the results of its search at the next Case Management Conference~~. also produce the developmental source code itself and any materials and/or documents related thereto as outlined in the December 19, 2000 letter or provide to Brookhaven's counsel and the court a declaration explaining why it would be oppressive for Adobe to produce such material. The production or response shall be provided by December 18, 2002 absent further order of the court. RMW

~~3. [By Brookhaven:] Adobe will conduct a diligent search for any printout or other result of a previous source code search performed by Adobe on developmental versions of InDesign, as described in a December 19, 2000 letter from Adobe attorney Ian Feinberg of Gray~~

~~Cary to Dirk M. Schenkkan. If any evidence of such a search exists, Adobe will produce a copy of it to Brookhaven subject to the terms of the Protective Order filed in this action. The response and/or production shall occur no later than December 15, 2002. The production shall include the code searched, and the printout of, and any other materials and/or documents related to, the search performed as outlined in the December 19, 2000 letter.~~

4.     Adobe will further conduct a diligent search for any existing versions of developmental source code underlying InDesign, including any applicable code named Anna, Shuksan, K2 and any other developmental versions. At the next Case Management Conference, Adobe shall report to the Court what developmental source code exists, if any, and how onerous it would be to produce it.

5.     The expert(s) conducting the Review for each party shall be bound by the Stipulation and Protective Order for Confidential Treatment of Information filed in this action on August 6, 2002 ("the Protective Order"), including, but not limited to, Sections 6 ("Permissible Disclosures of ATTORNEYS' EYES ONLY Material"), 7 ("Disclosure to Independent Consultants") and 8 ("Use and Return of Protected Information by Experts and Consultants") of the Protective Order.

6.     All Source Code and other materials and information received by anyone during the Review shall be disclosed only pursuant to the ATTORNEYS' EYES ONLY provisions of the Protective Order. As required by the Protective Order at ¶ 7, no portion of either party's Source Code or any information or materials reflecting any such Source Code shall be reviewed by any expert unless and until the expert has executed an Acknowledgment and Agreement to be Bound, and all disclosures shall be deemed "ATTORNEYS' EYES ONLY".

7.     The experts who conduct the Review may inform the party employing them *only* that infringement or trade secret misappropriation did or did not occur, as the case may be; the experts may disclose no other information to the party employing them. (This paragraph does not limit discussion between experts and attorneys.)

-3-

8.     Counsel for Brookhaven and the expert(s) conducting the Review on behalf of Brookhaven are absolutely prohibited from disclosing to, and from discussing with, anyone else, and in particular with anyone employed by or in any way affiliated with Brookhaven, any aspect of Adobe's Source Code or (with the exception of the information described in ¶ 7, above) any aspect of the results of the Review. Similarly, counsel for Adobe and the expert(s) conducting the Review on behalf of Adobe are absolutely prohibited from disclosing to, and from discussing with, anyone else, and in particular with anyone employed by or in any way affiliated with Adobe, any aspect of Brookhaven's Source Code or (with the exception of the information described in ¶ 7, above) any aspect of the results of the Review.

9.     If counsel for either party believes that his or her client's participation in the Review is required, counsel for the party seeking his client's participation must provide counsel for the opposing party a list of questions counsel proposes to ask of that party. Counsel for both parties shall then meet and confer to determine whether or not the proposed questions shall be permitted.

10.    If, following the meet and confer session or sessions described above, the parties are still unable to agree on whether the proposed questions may be asked, or if other disputes arise regarding the Review, any such disagreements shall be submitted to Magistrate Judge Lloyd.

11.    Within sixty (60) days after each party has received complete, compilable Source Code, each party's experts shall report to the Court on the results of the Review, whether there is any evidence of copyright infringement or misappropriation of trade secrets, what that evidence is and how it tends to show copyright infringement or misappropriation of trade secrets, whether discovery would be necessary to make a further or final determination of copyright infringement or misappropriation of trade secrets, and, if so, why such discovery is necessary and in what form(s). The experts' reports shall be exchanged and shall be marked in bold letters, on each page: **UNDER SEAL-NOT PART OF THE PUBLIC COURT FILE-FOR IN CAMERA REVIEW ONLY.** Moreover, the experts' reports shall be filed in envelopes also marked: **UNDER SEAL-NOT PART OF THE PUBLIC COURT FILE-FOR IN CAMERA REVIEW ONLY.** No expert report prepared by the experts for either party and submitted to the Court as a result of the

-4-

1   Review shall be admissible in any proceeding or be used in any way as an admission of liability or

2   non-liability, nor evidence of liability or non-liability, or for any other purpose. Each party will be

3   allowed to continue to review the Source Code as necessary until the conclusion of this litigation,

4   including all appeals, at which point the Source Code shall be destroyed and/or returned consistent

5   with section 12(b) of the Protective Order.

6        12.     Each party shall provide its own computer(s) for use by its expert(s) during the

7   Review.

8        13.     Each party shall bear its own costs and expenses associated with the Review,

9   including, but not limited to, all travel costs, expert fees, and attorneys' fees.

10       14.     The next Case Management Conference in this action is set for February 14, 2003.

11  No later than ten days before that Case Management Conference, counsel shall file a Joint Case

12  Management Conference Statement containing (among other things) a proposed discovery plan.

13       **GOOD CAUSE APPEARING,**

14       **IT IS SO ORDERED.**

15  Dated: __11/19/02__                    _Ronald M. Whyte_
16                                         THE HON. RONALD M. WHYTE
                                           UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28
                                        -5-