| | |
|---|---|
| 1 | Charles J. Ferrera (SBN 99656) |
|   | Attorney at Law |
| 2 | Dillingham Transportation Building |
|   | 735 Bishop Street, Suite 401 |
| 3 | Honolulu, Hawaii 96813 |
|   | Telephone No.: (808) 599-5220 |
| 4 | |
|   | Attorney for Plaintiff |
| 5 | BROOKHAVEN TYPESETTING SERVICES, INC. |
| 6 | Kenneth E. Keller (SBN 71450) |
|   | Christopher T. Holland (SBN 164053) |
| 7 | Lori L. Behun (SBN 202309) |
|   | KRIEG, KELLER, REILLEY, SLOAN & ROMAN LLP |
| 8 | 114 Sansome Street, 4th Floor |
|   | San Francisco, CA 94104 |
| 9 | (415) 249-8330 |
| 10 | Attorney for Defendant |
|    | ADOBE SYSTEMS, INC. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 9/27/05*

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC., | Case No. C01-20813 RMW |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE ORAL ARGUMENT ON PLAINTIFF BROOKHAVEN TYPESETTING SERVICES, INC.'S MOTION TO COMMENCE AND EXPEDITE DISCOVERY |
| vs. | |
| ADOBE SYSTEMS, INC., | |
| Defendant. | Date:      September 30, 2005 |
|  | Time:      9:00 a.m. |
|  | Judge:     Hon. Ronald M. Whyte |
|  | Courtroom: 6, 4th Floor |

On August 5, 2005, Brookhaven Typesetting Services Inc. ("Brookhaven") filed its Motion to Commence and Expedite Discovery. On August 12, 2005, Brookhaven filed its Notice of Motion to Commence and Expedite Discovery, setting oral argument for September 30, 2005. On September 15, 2005, Adobe Systems, Inc. ("Adobe") filed its Notice of Motion for Expedited Discovery, setting oral argument for October 28, 2005.

1   The parties RESPECTFULLY REQUEST AND HEREBY STIPULATE AND
2   AGREE that the hearing date for Brookhaven's Motion to Commence and Expedite Discovery
3   shall be continued to October 28, 2005.

4   This request is not sought for purposes of delay.

6   Dated: September 26, 2005          Respectfully submitted,

7                                      By:_____/s/_____
                                           CHARLES J. FERRERA
8                                          Attorney for Plaintiff
                                           BROOKHAVEN TYPESETTING
9                                          SERVICES, INC.

11                                     KRIEG KELLER REILLEY SLOAN & ROMAN

12                                     By:_____/s/_____
                                           CHRISTOPHER T. HOLLAND
                                           Attorney for Defendant
13                                         ADOBE SYSTEMS, INC.

15  **GOOD CAUSE APPEARING**,          **IT IS SO ORDERED**
16  Dated:___9/27/05_____    __/S/ RONALD M. WHYTE_____
                                        THE HON. RONALD M. WHYTE

-1-