**E-FILED on** 11/15/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC.,<br><br>Defendant. | No. C-01-20813 RMW<br><br>ORDER DENYING ADOBE'S ADMINISTRATIVE MOTIONS TO FILE ITS MOTION TO EXPEDITE DISCOVERY AND RELATED PAPERS UNDER SEAL<br><br>[Re Docket No. 197, 208] |

On September 15, 2005 and October 14, 2005 Adobe filed administrative requests to file its motion to expedite discovery and related papers under seal. Courts may only issue sealing orders for portions of documents that are entitled to legal protection for some independent reason:

> A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law . . . . The request must be narrowly tailored to seek sealing only of sealable material . . . . A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal.

N.D. Cal. L.R. 79-5. Adobe argues that it is entitled to a sealing order to (1) avoid "embarass[ing] Brookhaven's counsel" and (2) "minimize the risk of further dissemination" of allegedly defamatory statements. Mot. at 2. Neither rationale provides an adequate basis to seal Adobe's filing. *See Jacobson v. Schwarzenegger*, 357 F. Supp. 2d 1198, 1217 (C.D. Cal. 2004) (denying request to seal allegedly

1  defamatory statement because "[t]he public enjoys a common law right of access to judicial proceedings").
2  The court thus orders Adobe to file publicly-available copies of its motion to expedite discovery and related
3  papers.

5  DATED:         11/15/05                    /s/ Ronald M. Whyte
                                              RONALD M. WHYTE
6                                             United States District Judge

ORDER DENYING ADOBE'S ADMINISTRATIVE MOTIONS TO FILE ITS MOTION TO EXPEDITE
DISCOVERY AND RELATED PAPERS UNDER SEAL
C-01-20813 RMW
DOH                                    2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

Charles J. Ferrera              chuckferrera@lava.net

**Counsel for Defendant(s):**

Christopher T. Holland          cholland@kksrr.com

Kenneth E. Keller               kkeller@kksrr.com

**Dated:**   11/15/05              DOH
                                **Chambers of Judge Whyte**

ORDER DENYING ADOBE'S ADMINISTRATIVE MOTIONS TO FILE ITS MOTION TO EXPEDITE
DISCOVERY AND RELATED PAPERS UNDER SEAL
C-01-20813 RMW
DOH                                            3