Kenneth E. Keller (SBN 71450)
Christopher T. Holland (SBN 164053)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 12/20/05*

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | Case No.: C-01-20813-RMW (E-File) <br><br> **ORDER GRANTING ADOBE SYSTEMS, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO EXPEDITE DISCOVERY** |

Pursuant to Civil Local Rule 7-11 and 79-5, the Court has considered Adobe System Incorporated's ("Adobe") Administrative Request to File Under Seal its Reply In Support of Its Motion to Expedite Discovery and supporting affidavit of Christopher T. Holland.  The Court hereby orders that Adobe's Administrative Request is GRANTED.

**IT IS SO ORDERED.**

Dated:  December 20, 2005

/s/ Ronald M. Whyte
_____
HON. RONALD M. WHYTE

45921
20045-
001

ORDER GRANTING ADOBE SYSTEMS, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER
SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO EXPEDITE DISCOVERY
Case No.  C-01-20813-RMW (E-Filing Case)