CHARLES J. FERRERA (SBN 99656)
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 422
Honolulu, Hawaii 96813
Telephone No.: (808) 599-5220

Attorney for Plaintiff
Brookhaven Typesetting Services, Inc.

Kenneth E. Keller (SBN 71450)
Christopher T. Holland (SBN 164053)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION             *E-FILED - 3/16/06*

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>Defendants | Case No.: C-01-20813-RMW (E-File)<br><br>**STIPULATION AND ORDER** |

Brookhaven Typesetting Services, Inc. ("Brookhaven") and Adobe Systems Incorporated ("Adobe") (collectively "the parties") hereby stipulate and agree as follows:

WHEREAS by order dated October 28, 2005, the Court directed Adobe to produce certain material and certify that it had done so;

1

1    WHEREAS by order dated October 28, 2005, the Court directed the parties to file
2 expert reports no later than sixty days following Adobe's certification that it had produced
3 material in compliance with the Court's order;

4    WHEREAS on January 12, 2006, Adobe certified that it had produced the material
5 required by the Court's October 28 Order, which triggered the running of the sixty days the
6 Court, in its October 28 Order, gave the parties to file their expert reports;

7    WHEREAS the parties' expert reports are due on March 13, 2006;

8    WHEREAS Brookhaven's expert, Mr. Ronald Alepin, underwent shoulder surgery on
9 February 8, 2006, and has had a difficult post-surgical course resulting in his inability to lift his
10 arm, use his shoulder, type or use a mouse and making it difficult for Mr. Alepin to conduct the
11 analysis necessary to submit his report;

12    WHEREAS, Brookhaven will provide a letter from Mr. Alepin's surgeon regarding Mr.
13 Alepin's surgery and rehabilitation to Adobe;

14    WHEREAS, Brookhaven has requested that Adobe stipulate to a 30 day extension of
15 the deadline for both parties to submit the expert reports required by the Court; and

16    WHEREAS, while Adobe is prepared to submit its reports as initially required by the
17 Court, but in the spirit of cooperation with Brookhaven and to allow its expert to recover from
18 the surgery and its complications, as represented to Adobe's counsel, Adobe has agreed to
19 stipulate to the extension.

20    THE PARTIES HEREBY RESPECTFULLY REQUEST, AND STIPULATE AND
21 AGREE that the date by which they are to serve and file their expert reports is hereby
22 continued to April 12, 2006.

23    This request is not sought for purposes of delay, but rather as a result of the unexpected
24 health problems of Brookhaven's expert. As a display of the parties' good faith in that regard,
25 they further agree that they will not seek any further continuance in connection with the

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

1  submission of expert reports required by the Court's October 28, 2005 Order.

               Respectfully submitted,

Dated: March 3, 2006       By: _____/s_____
               CHARLES J. FERRERA
               Attorney for Plaintiff
               BROOKHAVEN TYPESETTING
               SERVICES, INC.

Dated: March 3, 2006       KRIEG, KELLER, REILLEY, SLOAN & ROMAN LLP

               By: _____/s/_____
               CHRISTOPHER T. HOLLAND
               Attorney for Defendant
               ADOBE SYSTEMS, INC.

**GOOD CAUSE APPEARING**,      **IT IS SO ORDERED**

Dated: __3/14/06_____      _/s/ Ronald M. Whyte_____
               THE HON. RONALD M. WHYTE

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

70612
cholland
20045-001