Kenneth E. Keller (SBN 71450)
Christopher T. Holland (SBN 164053)
Lori L. Behun (202309)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            ***E-FILED 5/31/06***

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC., | Case No.: C-01-20813-RMW (E-File) |
| Plaintiff, | **ORDER GRANTING ADOBE SYSTEMS, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXPERT REPORT OF ANDY JOHNSON-LAIRD FILED IN COMPLIANCE WITH COURT'S OCTOBER 28, 2005 ORDER** |
| v. | |
| ADOBE SYSTEMS INCORPORATED, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-11 and 79-5, the Court has considered Adobe System Incorporated's ("Adobe") Administrative Request to File Under Seal the Expert Report of Andy Johnson-Laird in Compliance with the Court's October 28, 2005 Order. The Court hereby orders that Adobe's Administrative Request is GRANTED.

**IT IS SO ORDERED.**

Dated: _5/31/06_____

/s/ Ronald M. Whyte
HON. RONALD M. WHYTE

---

[PROPOSED] ORDER GRANTING ADOBE SYSTEMS, INC.'S
ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXPERT REPORT
Case No. C-01-20813-RMW (E-Filing Case)

71814
LBEHUN
20045-001