Kenneth E. Keller (SBN 71450) kkeller@kksrr.com
Christopher T. Holland (SBN 164053) cholland@kksrr.com
Lori L. Behun (SBN 202309) lbehun@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 10/3/06*

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | Case No.: C-01-20813-RMW (E-File) <br><br> **ORDER GRANTING ADOBE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT AND THE SUPPORTING DECLARATION OF KENNETH E. KELLER** |

Pursuant to Civil Local Rule 7-11 and 79-5, the Court has considered Adobe System Inc.'s ("Adobe") Administrative Request to File Under Seal its Motion for Summary Judgment and the Supporting Declaration of Kenneth E. Keller. The Court hereby orders that Adobe's Administrative Request is GRANTED.

**IT IS SO ORDERED.**

Dated: _____ 10/3/06 _____

_____/s/ Ronald M. Whyte_____
HON. RONALD M. WHYTE

74484

1