CHARLES J. FERRERA (SBN 99656)
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 422
Honolulu, Hawaii 96813
Telephone No.: (808) 599-5220

Attorney for Plaintiff
Brookhaven Typesetting Services, Inc.

Kenneth E. Keller (SBN 71450)
Christopher T. Holland (SBN 164053)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 10/10/06*

| BROOKHAVEN TYPESETTING SERVICES, INCORPORATED, | Case No.: C-01-20813-RMW (E-File) |
|---|---|
| Plaintiff, | **STIPULATION AND []** <br> **ORDER CONTINUING THE HEARING DATE ON ADOBE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ADOBE SYSTEMS INCORPORATED, | |
| Defendants | |

Brookhaven Typesetting Services, Inc. ("Brookhaven") and Adobe Systems Incorporated ("Adobe") (collectively "the Parties") hereby stipulate and agree as follows:

WHEREAS Adobe filed a Motion for Summary Judgment ("Adobe's Motion") on September 6, 2006, noticing the hearing date on Adobe's Motion for October 20, 2006 at 9:00

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON ADOBE'S MOTION FOR SUMMARY JUDGMENT**
**CASE NO. C-01-20813-RMW (E-File)**

1  a.m.;

2  WHEREAS Brookhaven's counsel has requested that Adobe stipulate to a one-week
3  extension for Brookhaven to file and serve its opposition to Adobe's Motion (which is
4  currently due September 29, 2006), and that Adobe stipulate to continuing the hearing date on
5  Adobe's Motion from October 20, 2006 at 9:00 a.m. to November 3, 2006 at 9 a.m.;

6  WHEREAS Adobe has agreed to stipulate to Brookhaven's request for an extension and
7  continuance, and the Parties stipulate and agree to the following modified schedule on Adobe's
8  Motion:

|  | **Stipulated Date** |
|---|---|
| Deadline for Brookhaven to File and Serve its Opposition to Adobe's Motion for Summary Judgment | **October 6, 2006** |
| Deadline for Adobe to File and Serve its Reply in Support of Adobe's Motion for Summary Judgment | **October 20, 2006** |
| Hearing on Adobe's Motion for Summary Judgment | **November 3, 2006** |

THEREFORE, the parties jointly and respectfully request that this Court issue an Order that Adobe's Motion for Summary Judgment be briefed and heard on the schedule set forth above.  This request is not sought for purposes of delay, but rather to save further motion practice and argument before the Court.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 3, 2006          By:      /s/
                              CHARLES J. FERRERA
                              Attorney for Plaintiff
                              BROOKHAVEN TYPESETTING
                              SERVICES, INC.

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON ADOBE'S MOTION FOR SUMMARY JUDGMENT**
**CASE NO. C-01-20813-RMW (E-File)**

Dated: March 3, 2006                KRIEG, KELLER, REILLEY, SLOAN & ROMAN LLP

By:_____/s/_____
  CHRISTOPHER T. HOLLAND
  Attorney for Defendant
  ADOBE SYSTEMS, INC.

### [] ORDER

  FOR GOOD CAUSE SHOWN, the stipulation of the Parties to continue the hearing date on Adobe's Motion for Summary Judgment is hereby GRANTED.  Hearing on this matter shall be rescheduled for <u>November 3, 2006 at 9 a.m</u>.  All other briefing and filing deadlines in connection with this matter currently pending are hereby vacated and replaced with those set forth above.

**IT IS SO ORDERED.**

Dated:__10/10/06_____        _/s/ Ronald M. Whyte_____
              THE HON. RONALD M. WHYTE

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

74959
20045-001

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON ADOBE'S MOTION FOR SUMMARY JUDGMENT**
**CASE NO. C-01-20813-RMW (E-File)**