Kenneth E. Keller (SBN 71450)
Christopher T. Holland (SBN 164053)
Lori L. Behun (SBN 202309)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/22/07*

| | |
|---|---|
| BROOKHAVEN TYPESETTING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS INCORPORATED, <br><br> Defendant. | Case No.: C-01-20813-RMW (E-File) <br><br> **[] ORDER GRANTING ADOBE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ADOBE'S SUBMISSION IN COMPLIANCE WITH COURT'S APRIL 23, 2007 ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:   Hon. Ronald M. Whyte |

The Court has considered Adobe System Incorporated's ("Adobe") Administrative Request to File Under Seal Adobe's Submission in Compliance With Court's April 23, 2007 Order Continuing Motion for Summary Judgment.  For good cause shown, the Court hereby orders that Adobe's Administrative Request is GRANTED.

**IT IS SO ORDERED.**

Dated:  __8/22__, 2007

_Ronald M. Whyte_
HON. RONALD M. WHYTE

1

[] ORDER GRANTING ADOBE'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No.  C-01-20813-RMW (E-Filing Case)

20045-001